UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   Case No. 1: :24-cv-02419-ER
JOSHUA ADAMS,

                Plaintiff,

-against-

RC EQUITY LLC and MASSTER REST. CORP.,

                Defendants.
-------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) AGAINST DEFENDANTS RC EQUITY LLC AND MASSTER REST. CORP.

Pursuant to § 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby voluntarily dismisses with prejudice the above-captioned action against all Defendants, RC EQUITY LLC and MASSTER REST. CORP.

Dated: New York, New York
        October 24, 2024

| | |
|---|---|
| Law Office of Jennifer Tucek, PC<br>Bar No. JT2817<br>614 Lexington Avenue, 15th Floor<br>New York, New York 10017<br>(917) 669-6991<br>TucekLaw@Gmail.com<br>*Attorney for Plaintiff* | Robert Wong, Esq. (RW-1505)<br>David B. Horowitz, Esq. (DH-1890)<br>FONG & WONG and WU, PLLC<br>*Counsel for Defendant RC Equity LLC*<br>802 64th Street, Suite 2A<br>Brooklyn, NY 11220<br>Tel: 718-567-8888<br>Email: rwong@fwwlawyers.com<br>        dh@fwwlawyers.com |

1